# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **Ronald Vrabel,** | **Civil No. 06-1664 (DSD/JJG)** |
| Plaintiff, | |
| v. | **ORDER** |
| **The Ordway Group LLC,** **Kyle Smith,** **Jennifer Gottwalt-Smith,** | |
| Defendants. | |

This matter is before the undersigned upon the report and recommendation of the United States Magistrate Judge. No objections have been filed to that report and recommendation in the time period permitted. Based on the report and recommendation of the Magistrate Judge, and being duly advised of all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT:**

1. Vrabel's motion to enforce a settlement agreement (Doc. No. 11) is **GRANTED.**

2. Judgment is entered against the defendants in the amount of $35,100.

3. This litigation is **DISMISSED WITH PREJUDICE.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated this 6th day of November, 2007.

　　　　　　　　　　　　　　　　　　　　　　s/David S. Doty
　　　　　　　　　　　　　　　　　　　　　　DAVID S. DOTY
　　　　　　　　　　　　　　　　　　　　　　United States District Judge